**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2415**

In re:  TIAYON KARDELL EVANS,

Petitioner.

On Petition for Writ of Mandamus.  (1:19-cr-00009-RDB-1)

Submitted:  January 6, 2022                                      Decided:  January 18, 2022

Before HARRIS and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Tiayon Kardell Evans, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tiayon Kardell Evans petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion to dismiss his criminal case for lack of jurisdiction. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently denied the motion. Accordingly, because the district court has recently ruled on Evans' motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*